IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hartley, Virginia G | Case Number: 08 B 18455 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 02/24/09 | Filed: 7/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,575.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,575.00 |
| Totals: | 1,575.00 | 1,575.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chrysler Financial Services Americas LLC | Secured | 0.00 | 0.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 4. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 5. | Bank Of New York | Secured | 0.00 | 0.00 |
| 6. | Bank Of New York | Secured | 0.00 | 0.00 |
| 7. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 8. | Wells Fargo Financial National Bank | Secured | 0.00 | 0.00 |
| 9. | Bank Of New York | Secured | 0.00 | 0.00 |
| 10. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 11. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 12. | National City Bank | Secured | 0.00 | 0.00 |
| 13. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 14. | Home Loan Services | Secured | 31,557.65 | 0.00 |
| 15. | Land Rover Capital Group | Unsecured | 49,223.30 | 0.00 |
| 16. | Sallie Mae | Unsecured | 32,125.47 | 0.00 |
| 17. | Wells Fargo Financial Illinois Inc | Unsecured | 562.61 | 0.00 |
| 18. | Cavalry Portfolio Services | Unsecured | 10,014.79 | 0.00 |
| 19. | First Premier | Unsecured |  | No Claim Filed |
|  |  |  | $ 123,483.82 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hartley, Virginia G | Case Number: 08 B 18455 |
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 7/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

*/s/ Mach*